

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00295-CV

| | | |
|---|---|---|
| IN RE: THE COMMITMENT OF DAVID JOHN GUEST | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (D371-S-14045-18) |
| | § | April 1, 2021 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the civil commitment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth